■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SCHMIDT, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed September 18, 1981. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Gibbons, O'Connor and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK SMITH, Appellant. — Judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered October 31, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Gibbons, Gulotta and Bracken, JJ., concur.